# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 11, 2008

134798 (66)(67)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DEPARTMENT OF TRANSPORTATION,
      Plaintiff-Appellee,

v

SC: 134798
COA: 272560
Wayne CC: 04-430645-ND

INITIAL TRANSPORT, INC., and EMPLOYERS
MUTUAL INSURANCE COMPANY,
      Defendants-Appellants,
and

GREAT WEST CASUALTY COMPANY and
KIRK NATIONAL LEASING COMPANY, a/k/a
KIRK NATIONALEASE COMPANY,
      Defendants.

_____/

On order of the Court, the motion for leave to file brief amicus curiae is GRANTED. The motion for miscellaneous relief is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 11, 2008

Clerk

t0408